# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. SMITH, | ) 1:07-CV-00509 LJO SMS |
| | ) |
| Plaintiff, | ) ORDER DIRECTING CLERK OF COURT TO |
| | ) REDESIGNATE ACTION |
| v. | ) |
| | ) |
| JOHN/JANE DOES, | ) |
| | ) |
| Defendants. | ) |
| | ) |

Plaintiff James E. Smith ("Plaintiff"), proceeding pro se, filed the instant action on March 28, 2007.  The action was opened as a petition for writ of habeas corpus. The Court has reviewed the complaint filed by Plaintiff and finds it is not a petition for writ of habeas corpus. Plaintiff does not challenge his sentence or conviction; therefore, habeas relief is unavailable. Preiser v. Rodriguez, 411 U.S. 475, 485 (1973). Rather, the complaint appears to be a general civil complaint by a prisoner.

Accordingly, IT IS HEREBY ORDERED that the instant action be REDESIGNATED as a general civil case filed by a prisoner proceeding pro se.

IT IS SO ORDERED.

**Dated:    April 26, 2007**            _____/s/ Sandra M. Snyder_____
                                        UNITED STATES MAGISTRATE JUDGE

1