# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JAMES E. SMITH,                                    CASE NO. 1:07-cv-00509-LJO-SMS

                Plaintiff,                   ORDER STRIKING MOTION TO COMPEL

    v.                                            (Doc. 15)

JOHN/JANE DOES, et al.,

                Defendants.

_____/

On June 18, 2007, plaintiff filed a motion to compel.  (Doc. 15.)  The motion seeks orders mandating that prison officials quit discriminating against plaintiff and mandating that prison officials process plaintiff's outgoing mail.

This action was dismissed, with prejudice, on May 4, 2007, as frivolous and malicious, and for failure to state a claim.  (Doc. 7.)  Plaintiff's motion is not a proper post-judgment motion and is HEREBY STRICKEN FROM THE RECORD.

IT IS SO ORDERED.

**Dated:   June 20, 2007**          _____/s/ Lawrence J. O'Neill_____
                                    UNITED STATES DISTRICT JUDGE

1